# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **Ranae Lynn Yockey,** | ) | Case No. 15-09749 |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer |
| | ) | Hearing Date: May 12, 2017 |
| | ) | Time: 11:00 a.m. |

## CERTIFICATE OF SERVICE

To:   See Attached Service List

I, Frank J. Kokoszka, hereby certify that on Friday, April 14, 2017, I served a true and correct copy of the **Notice of Trustee's Final Report And Applications For Compensation And Deadline to Object (NFR) and Fee Applications** upon all parties on the attached service including those named on the Electronic Mail Notice List by operation of the Court's Electronic Filing System, and sent to those parties as identified on the attached service list via US Mail by placing a copy in the U.S. Mailbox at 19 South LaSalle, Chicago, Illinois on April 14, 2017.

Dated: April 14, 2017                    Respectfully submitted,


                                         By: /s/ *Frank J. Kokoszka*
                                         Chapter 7 Trustee

Frank J. Kokoszka, Esq.
ARDC No. 6201436
KOKOSZKA & JANCZUR, P.C.
19 South LaSalle Street, Suite 1201
Chicago, Illinois 60603-6270
(312) 443-9600 x7861 (phone)
(312) 443-5704 (fax)
trustee@k-jlaw.com

# SERVICE LIST
## RANAE LYNN YOCKEY

Office of the U.S. Trustee
219 S. Dearborn Street,Room 873
Chicago, IL 60604
**(Via ECF Electronic Notice)**

Counsel for Debtor:
David P. Liebowitz
dliebowitz@lakelaw.com
**(Via ECF Electronic Notice)**

Bynes, Christopher & Donna
c/o Timothy Heath Associates
1111Westgate 117
Oak Park, Illinois 60301

Bynes, Christopher & Donna
c/o Timothy Heath Associates
200 East 5th Avenue
#110
Naperville, Il. 60563

Toyota Motor Credit Corp.
c/o Beckett & Lee, LLP
PO Box 3001
Malvern, PA 19335-0701

Arthur W. Rummler
Law Offices of Arthur W. Rummler
799 Roosevelt Road
Suite 2-104
Glen Ellyn, IL 60137

R. Scott Alsterda
ralsterda@nixonpeabody.com

Peter C. Bastianen
ND-Four@il.cslegal.com

Shara C. Cornell
amps@manleydeas.com

Carly V. Gibbs
cgibbs@nisen.com

John P. Hiltz
jhiltz@hwzlaw.com

William J. Raleigh
wraleigh@nisen.com