# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In re:                                §
                                      §
                                      §
Ranae Lynn Yockey                     §    Case No. 15-09749
                                      §
                                      §
_____Debtor_____              §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Frank J. Kokoszka, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 412,703.73<br>*(Without deducting any secured claims)* | Assets Exempt: 257,153.07 |
| Total Distributions to Claimants: 32,582.85 | Claims Discharged<br>Without Payment: 3,864,611.23 |
| Total Expenses of Administration: 7,417.15 | |

    3) Total gross receipts of $ 40,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 40,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,203,562.12 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,417.15 | 7,417.15 | 7,417.15 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,755,956.42 | 10,590,845.22 | 590,845.22 | 32,582.85 |
| **TOTAL DISBURSEMENTS** | $ 3,959,518.54 | $ 10,598,262.37 | $ 598,262.37 | $ 40,000.00 |

4)  This case was originally filed under chapter 7 on 03/19/2015 . The case was pending for 27 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/15/2017             By: /s/Frank J. Kokoszka, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Rental: Wisconsin, 2 Bedroom Condominium Location: 1075 Lake | 1110-000 | 15,000.00 |
| 2010 Tesla 2 Door Automobile 5Yjre1a18a100116 Jointly Titled | 1129-000 | 15,000.00 |
| Bmo" Harris Bank Na Account 3620101205 Estimated - Last Stat | 1129-000 | 2,000.00 |
| Checking Account: 7090 Location: Merrill Lynch Merrill Edge | 1129-000 | 1,000.00 |
| Financial Account: Merrill Lynch Location: Merrill Lynch Mer | 1129-000 | 2,000.00 |
| Furs: 10 Year Old Mink Sable Fur With Sable Head Band - Cost | 1129-000 | 1,875.00 |
| Jewelry: Wedding Band And Diamond Ring - Plantinum Setting 2 | 1129-000 | 1,875.00 |
| Venetian statute, purchased 12/07 for $6750 | 1229-000 | 1,250.00 |
| **TOTAL GROSS RECEIPTS** | | **$40,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase PO Box 9001020 Louisville, KY 40290-1020 | | 56,740.03 | NA | NA | 0.00 |
| | Chase PO Box 9001020 Louisville, KY 40290-1020 | | 66,621.31 | NA | NA | 0.00 |
| | Chase PO Box 9001020 Louisville, KY 40290-1020 | | 716,663.14 | NA | NA | 0.00 |
| | Northern Trust Company 50 S. La Salle Street Chicago, IL 60603 | | 361,805.00 | NA | NA | 0.00 |
| | Palace Elite Resorts, S.A. DE C.V. 8750 Doral Boulevard Miami, FL 33178 | | 1,732.64 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 1,203,562.12 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frank J. Kokoszka | 2100-000 | NA | 4,750.00 | 4,750.00 | 4,750.00 |
| Frank J. Kokoszka | 2200-000 | NA | 97.27 | 97.27 | 97.27 |
| International Sureties, Ltd. | 2300-000 | NA | 15.40 | 15.40 | 15.40 |
| Bank of Kansas City | 2600-000 | NA | 287.58 | 287.58 | 287.58 |
| Alan D. Lasko & Associates, P.C. | 3410-000 | NA | 2,242.40 | 2,242.40 | 2,242.40 |
| Alan D. Lasko & Associates, P.C. | 3420-000 | NA | 24.50 | 24.50 | 24.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 7,417.15 | $ 7,417.15 | $ 7,417.15 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

UST Form 101-7-TDR (10/1/2010) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express American Express P.O.Box 981540 El Paso, TX 79998-1540 | | 523.06 | NA | NA | 0.00 |
| | American Express American Express P.O.Box 981540 El Paso, TX 79998-1540 | | 523.06 | NA | NA | 0.00 |
| | Bochantin, Janice c/o Sawyier and Williams 205 N. Michigan Avenue Chicago, IL 60601 | | 50,000.00 | NA | NA | 0.00 |
| | Bochantin, Janice c/o Sawyier and Williams 205 N. Michigan Avenue Chicago, IL 60601 | | 50,000.00 | NA | NA | 0.00 |
| | Bonaventure Medical Foundation LLC 3040 W. Salt Creek Lane Arlington Heights, IL 60005 | | 40,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bonaventure Medical Foundation LLC 3040 W. Salt Creek Lane Arlington Heights, IL 60005 | | 40,000.00 | NA | NA | 0.00 |
| | Bynes, Christopher c/o Timothy Heath Associates 200 E. 5th Ave., Ste. 110 Naperville, IL 60563 | | 50,000.00 | NA | NA | 0.00 |
| | Bynes, Donna c/o Timothy Heath Associates 200 E. 5th Ave., Ste. 110 Naperville, IL 60563 | | 50,000.00 | NA | NA | 0.00 |
| | Chase Card Services PO Box 15298 Wilmington, DE 19850 | | 45,342.00 | NA | NA | 0.00 |
| | Chase Card Services PO Box 15298 Wilmington, DE 19850 | | 45,342.00 | NA | NA | 0.00 |
| | Chase/Marriott Rewards PO Box 15298 Wilmington, DE 19850 | | 23,439.47 | NA | NA | 0.00 |
| | Chase/Marriott Rewards PO Box 15298 Wilmington, DE 19850 | | 23,439.47 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase/United Mileage Plus PO Box 15298 Wilmington, DE 19850 | | 9,592.00 | NA | NA | 0.00 |
| | Chase/United Mileage Plus PO Box 15298 Wilmington, DE 19850 | | 9,592.00 | NA | NA | 0.00 |
| | Chelpa, Magdalena c/o David W. Hepplewhite, PC 135 S. LaSalle Street, Suite 4014 Chicago, IL 60603 | | 75,000.00 | NA | NA | 0.00 |
| | Chelpa, Magdalena c/o David W. Hepplewhite, PC 135 S. LaSalle Street, Suite 4014 Chicago, IL 60603 | | 75,000.00 | NA | NA | 0.00 |
| | Chicago Medical Services PO Box 7625 Carol Stream, IL 60197-7265 | | 8,199.00 | NA | NA | 0.00 |
| | Chicago Medical Services PO Box 7625 Carol Stream, IL 60197-7265 | | 8,199.00 | NA | NA | 0.00 |
| | Chuhak and Tecson 30 S. Wacker Drive Suite 2600 Chicago, IL 60606 | | 30,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chuhak and Tecson 30 S. Wacker Drive Suite 2600 Chicago, IL 60606 | | 30,000.00 | NA | NA | 0.00 |
| | Hand Surgery Associates PO Box 7624 Carol Stream, IL 60197-7624 | | 13,540.00 | NA | NA | 0.00 |
| | Hand Surgery Associates PO Box 7624 Carol Stream, IL 60197-7624 | | 13,540.00 | NA | NA | 0.00 |
| | Kohls Kohl's Credit PO Box 3043 Milwaukee, WI 53201-3043 | | 0.00 | NA | NA | 0.00 |
| | Kohls Kohl's Credit PO Box 3043 Milwaukee, WI 53201-3043 | | 0.00 | NA | NA | 0.00 |
| | Martin, Lisa Patton c/o Rubin Machado Ltd 225 W. Washington Suite 160 Chicago, IL 60606 | | 50,001.00 | NA | NA | 0.00 |
| | Martin, Lisa Patton c/o Rubin Machado Ltd 225 W. Washington Suite 160 Chicago, IL 60606 | | 50,001.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nisen & Elliot, LLC 200 W. Adams Street Suite 2500 Chicago, IL 60606 | | 553,169.68 | NA | NA | 0.00 |
| | Sanaka, Padmaja V. Franciscan St. Anthony Health 1201 S. Main Street Crown Point, IN 46307 | | 275,000.00 | NA | NA | 0.00 |
| | Sanaka, Padmaja V. Franciscan St. Anthony Health 1201 S. Main Street Crown Point, IN 46307 | | 275,000.00 | NA | NA | 0.00 |
| | Schaub, Allyn 545 Plainfield Road Suite Willowbrook, IL 60527 | | 4,170.00 | NA | NA | 0.00 |
| | Schaub, Allyn 545 Plainfield Road Suite Willowbrook, IL 60527 | | 4,170.00 | NA | NA | 0.00 |
| | Tentler, Christopher c/o Hofeld & Schaffner 30 N. LaSalle Street, Suite 3120 Chicago, IL 60602 | | 50,001.00 | NA | NA | 0.00 |
| | Tentler, Christopher c/o Hofeld & Schaffner 30 N. LaSalle Street, Suite 3120 Chicago, IL 60602 | | 50,001.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Tentler, Sandra c/o Hofeld & Schaffner 30 N. LaSalle Street, Suite 3120 Chicago, IL 60602 |  | 50,001.00 | NA | NA | 0.00 |
|  | Tentler, Sandra c/o Hofeld & Schaffner 30 N. LaSalle Street, Suite 3120 Chicago, IL 60602 |  | 50,001.00 | NA | NA | 0.00 |
| 2 | Christopher Bynes | 7100-000 | 50,000.00 | 5,000,000.00 | 0.00 | 0.00 |
| 3 | Donna Bynes | 7100-000 | 50,000.00 | 5,000,000.00 | 0.00 | 0.00 |
| 1 | Nisen & Elliot, Llc | 7100-000 | 553,169.68 | 553,169.68 | 553,169.68 | 30,505.19 |
| 4 | Toyota Motor Credit Corporation | 7100-000 | NA | 37,675.54 | 37,675.54 | 2,077.66 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 2,755,956.42 | $ 10,590,845.22 | $ 590,845.22 | $ 32,582.85 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-09749 | JSB | Judge: | Janet S. Baer | Trustee Name: | Frank J. Kokoszka, Trustee |
| Case Name: | Ranae Lynn Yockey | | | | Date Filed (f) or Converted (c): | 03/19/2015 (f) |
| | | | | | 341(a) Meeting Date: | 04/28/2015 |
| For Period Ending: | 06/15/2017 | | | | Claims Bar Date: | 09/17/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence: Permanent Residence; Mediterranean Style, 2 Level | 475,000.00 | 0.00 | | 0.00 | FA |
| 2. Rental: Wisconsin, 2 Bedroom Condominium Location: 1075 Lake | 65,000.00 | 0.00 | | 15,000.00 | FA |
| 3. Timeshare: 3-Bedroom/3-Bathroom Villa Ocean View Location: M  Order directign Trustee to Abandon entered on 1/15/2016 (Docket Entry #59) | 0.00 | 0.00 | OA | 0.00 | FA |
| 4. Timeshare: 2-Bedroom/2-Bathroom Villa Location: Marriott's C  Order directing Trustee to Abandon entered on 1/15/2016 (Docket Entry #59) | 0.00 | 0.00 | OA | 0.00 | FA |
| 5. Timeshare: 2-Bedroom/2-Bathroom Villa Location: Marriott's G  Order directing Trustee to Abandon entered on 1/15/2016 (Docket Entry #59) | 0.00 | 0.00 | OA | 0.00 | FA |
| 6. Timeshare: Palace Resorts Multi-Destination Location: Palace  Order directing Trustee to Abandon entered on 1/15/2016 (Docket Entry #59) | 0.00 | 0.00 | OA | 0.00 | FA |
| 7. Timeshare - Grand Geneva Resort Holiday Inn/Orange Lake Mana  Order directing Trustee to Abandon entered on 1/15/2016 (Docket Entry #59) | 0.00 | 0.00 | OA | 0.00 | FA |
| 8. Checking Account: 7090 Location: Merrill Lynch Merrill Edge | 6,464.88 | 0.00 | | 1,000.00 | FA |
| 9. Bmo" Harris Bank Na Account 3620101205 Estimated - Last Stat  Amended Schedule B filed on 6/24/2015, amending amount from $3000.00 to $2460.34 | 2,460.34 | 0.00 | | 2,000.00 | FA |
| 10. Office Furniture = Desk, Shekf, File Drawer, Chairs Location | 500.00 | 500.00 | | 0.00 | FA |
| 11. Appliances: 2 Microwaves, 3 Refrigerators, 4 Ovens, Stove, B | 1,000.00 | 1,000.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-09749 | JSB | Judge: | Janet S. Baer | Trustee Name: | Frank J. Kokoszka, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Ranae Lynn Yockey | | | | Date Filed (f) or Converted (c): | 03/19/2015 (f) |
| | | | | | 341(a) Meeting Date: | 04/28/2015 |
| For Period Ending: | 06/15/2017 | | | | Claims Bar Date: | 09/17/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12. Household: China, Household Goods, Kitchenware Location: 612 | 500.00 | 500.00 | | 0.00 | FA |
| 13. Audio-Video: 2 Projectors, Couch, 2 Ottomans, Miscellaneous | 2,850.00 | 2,850.00 | | 0.00 | FA |
| 14. Books-Music: Books, Dvd's, Cd's Location: 612 E Bryn Mawr Av | 250.00 | 0.00 | | 0.00 | FA |
| 15. Clothes: Clothes Location: 612 E Bryn Mawr Avenue Itasca, I | 6,000.00 | 0.00 | | 0.00 | FA |
| 16. Furs: 10 Year Old Mink Sable Fur With Sable Head Band - Cost | 3,000.00 | 1,875.00 | | 1,875.00 | FA |
| 17. Jewelry: Wedding Band And Diamond Ring - Plantinum Setting 2 | 5,000.00 | 1,875.00 | | 1,875.00 | FA |
| 18. Sports-Hobby: Golf Clubs, Bicycle Location: 612 E Bryn Mawr | 400.00 | 400.00 | | 0.00 | FA |
| 19. Insurance: Whole Life With Adjustable Term Protection Childr | 228.00 | 0.00 | | 0.00 | FA |
| 20. Insurance: Whole Life Location: Nationwide Life Insurance Co | 21,500.09 | 0.00 | | 0.00 | FA |
| 21. Insurance: Universal Life Location: Midland National Life In | 5,449.69 | 0.00 | | 0.00 | FA |
| 22. Annuities: | 0.00 | 0.00 | | 0.00 | FA |
| 23. **Not Estate Property Per 11 Usc Sec. 541(A)(6)** Education | 6,141.46 | 6,141.46 | | 0.00 | FA |
| 24. **Not Estate Property Per 11 Usc Sec 541(B)(6)** Education I | 29,360.69 | 29,360.69 | | 0.00 | FA |
| 25. Retirement: Location: Merrill Lynch Merrill Edge Advisory Ce | 114,276.87 | 0.00 | | 0.00 | FA |
| 26. Stock: Advanced Women's Care Center, S.C. 100 Shares Locatio | 0.00 | 0.00 | | 0.00 | FA |
| 27. Financial Account: Merrill Lynch Location: Merrill Lynch Mer | 16,811.49 | 16,811.49 | | 2,000.00 | FA |
| 28. Revive Med Spa - $1,000 Par Value Minimal Value - Gross Rece | 0.00 | 0.00 | | 0.00 | FA |
| 29. Tax Refund Est: Federal Tax Return - State Tax Return State | 0.00 | 0.00 | | 0.00 | FA |
| 30. 2010 Tesla 2 Door Automobile 5Yjre1a18a100116 Jointly Titled | 40,000.00 | 15,000.00 | | 15,000.00 | FA |
| 31. Animals: Dog Location: 612 E Bryn Mawr Avenue Itasca, Il 60 | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-09749 | JSB | Judge: | Janet S. Baer | Trustee Name: | Frank J. Kokoszka, Trustee |
| Case Name: | Ranae Lynn Yockey | | | | Date Filed (f) or Converted (c): | 03/19/2015 (f) |
| | | | | | 341(a) Meeting Date: | 04/28/2015 |
| For Period Ending: | 06/15/2017 | | | | Claims Bar Date: | 09/17/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 32. Venetian statute, purchased 12/07 for $6750 (u) | 3,375.00 | 0.00 | | 1,250.00 | FA |
| Debtor amended Schedule B on 06/24/2015 (document # 30) | | | | | |
| 33. Counterclaim in 2011 L9697: Yockey & Advanced Women's v. San (u) | 0.00 | 0.00 | | 0.00 | FA |
| Debtor amended Schedule B on June 24, 2015 | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $805,568.51        $76,313.64        $40,000.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Related to Bankruptcy Case- 15-09751

Trustee is working on sale of Debtor's Assets. Sale of Assets Approved.

All assets have been administered. Trustee is reviewing claims.

Tax returns have been filed and Trustee is preparing and reviewing fee application and Trustee's Final Report. - Frank J. Kokoszka 3/1/2017

Initial Projected Date of Final Report (TFR): 12/30/2016        Current Projected Date of Final Report (TFR): 03/30/2017

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-09749 | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: Ranae Lynn Yockey | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0135 |
| | Checking |
| Taxpayer ID No: XX-XXX7232 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/15/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/08/16 | | Ranae L. Yockey<br>612 E Bryn Mawr Ave<br>Itasca, IL 60143-1425 | Sale back to Debtor<br>This is partial-payment for a pending compromise/settlement regarding three different items: (1) debtor's equity in Lake Geneva home ($15,000); (2) debtor's equity in Tesla ($15,000) (another $15,000 will go to AWC's case, since that is joint title-holder); and (3) personal property ($5,000). | | $8,750.00 | | $8,750.00 |
| | | | Gross Receipts | $8,750.00 | | | |
| | 8 | | Checking Account: 7090 Location: Merrill Lynch Merrill Edge | $1,000.00 | 1129-000 | | |
| | 9 | | Bmo" Harris Bank Na Account 3620101205 Estimated - Last Stat | $2,000.00 | 1129-000 | | |
| | 16 | | Furs: 10 Year Old Mink Sable Fur With Sable Head Band - Cost | $1,875.00 | 1129-000 | | |
| | 17 | | Jewelry: Wedding Band And Diamond Ring - Plantinum Setting 2 | $1,875.00 | 1129-000 | | |
| | 27 | | Financial Account: Merrill Lynch Location: Merrill Lynch Mer | $2,000.00 | 1129-000 | | |
| 02/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $8,740.00 |

| | | | Page Subtotals: | | $8,750.00 | $10.00 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-09749 | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: Ranae Lynn Yockey | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0135 |
| | Checking |
| Taxpayer ID No: XX-XXX7232 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/15/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/10/16 | | Ranae Yockey<br>612 E. Bryn Mawr Ave.<br>Itasca, IL 60143-1425 | Sale back to Debtor<br>Payment 2 of 4 from debtor in compromise re (1) debtor's equity in Lake Geneva home ($15,000), (2) debtor's equity in Tesla car ($15,000) (AWC, joint title-holder, paying additional $15,000), and (3) personal property ($5000) | | $8,750.00 | | $17,490.00 |
| | | | Gross Receipts $8,750.00 | | | | |
| | 30 | | 2010 Tesla 2 Door Automobile 5Yjre1a18a100116 Jointly Titled $7,500.00 | 1129-000 | | | |
| | 32 | | Venetian statute, purchased 12/07 for $6750 $1,250.00 | 1229-000 | | | |
| 03/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.58 | $17,470.42 |
| 04/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.06 | $17,445.36 |
| 05/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.85 | $17,419.51 |
| 06/27/16 | 30 | Ranae Yockey<br>612 E Bryn Mawr Ave.<br>Itasca, IL 60143 | Sale back to Debtor<br>Partial payment from debtor for compromise re (1) debtor's equity in Lake Geneva home ($15,000), (2) debtor's equity in Tesla car ($15,000) (AWC, joint titleholder, paying additional $15,000), (3) personal property ($5000), and financial accounts ($5000). Including this check, debtor will have paid $25,000. Two more payments of $7500 each remain. | 1129-000 | $7,500.00 | | $24,919.51 |

| | | | Page Subtotals: | | $16,250.00 | $70.49 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-09749 | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: Ranae Lynn Yockey | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0135 |
| | Checking |
| Taxpayer ID No: XX-XXX7232 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/15/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.29 | $24,894.22 |
| 07/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.89 | $24,857.33 |
| 08/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.84 | $24,820.49 |
| 09/07/16 | 2 | Ranae L. Yockey<br>612 E. Bryn Mawr Ave.<br>Itasca, IL 60143-1425 | Sale back to Debtor<br>Final payment under settlement | 1110-000 | $15,000.00 | | $39,820.49 |
| 09/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.12 | $39,771.37 |
| 10/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $58.95 | $39,712.42 |
| 02/06/17 | 101 | International Sureties, Ltd. | Blanket Bond | 2300-000 | | $15.40 | $39,697.02 |
| 05/15/17 | 102 | Frank J. Kokoszka | Distribution | | | $4,847.27 | $34,849.75 |
| | | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order.     ($4,750.00) | 2100-000 | | | |
| | | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order.     ($97.27) | 2200-000 | | | |
| 05/15/17 | 103 | Alan D. Lasko & Associates, P.C. | Distribution | | | $2,266.90 | $32,582.85 |
| | | Alan D. Lasko & Associates, P.C. | Final distribution representing a payment of 100.00 % per court order.     ($2,242.40) | 3410-000 | | | |
| | | Alan D. Lasko & Associates, P.C. | Final distribution representing a payment of 100.00 % per court order.     ($24.50) | 3420-000 | | | |

| | | | Page Subtotals: | | $15,000.00 | $7,336.66 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-09749 | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: Ranae Lynn Yockey | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0135 |
| | Checking |
| Taxpayer ID No: XX-XXX7232 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/15/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/15/17 | 104 | Nisen & Elliot, Llc<br>William J. Raleigh/Nisen & Elliott, Llc<br>200 W. Adams Street,<br>Suite 2500<br>Chicago, Il 60606 | Final distribution to claim 1 representing a payment of 5.51 % per court order. | 7100-000 | | $30,505.19 | $2,077.66 |
| 05/15/17 | 105 | Toyota Motor Credit Corporation<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Final distribution to claim 4 representing a payment of 5.51 % per court order. | 7100-000 | | $2,077.66 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $40,000.00 | $40,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $40,000.00 | $40,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $40,000.00 | $40,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

Page Subtotals: $0.00 $32,582.85

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0135 - Checking | $40,000.00 | $40,000.00 | $0.00 |
|  | $40,000.00 | $40,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $40,000.00 |
| Total Gross Receipts: | $40,000.00 |